1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Apellee,<br><br>vs.<br><br>MOISES SALAS PALACIOS,<br><br>                    Defendant-Appellant. | **CASE NO: 09-CR-2194-IEG (PCL)**<br><br>**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND DECLINING TO REQUIRE REIMBURSEMENT**<br><br>[Doc. No. 129] |
|---|---|

18     On May 19, 2011, the United States Court of Appeals for the Ninth Circuit revoked Appellant's

19   pauper status and referred the case to this Court to determine whether Appellant should be required to

20   reimburse the Criminal Justice Act Fund ("CJA Fund") for the cost of his appellate defense.  On July

21   22, 2011, Magistrate Judge Peter C. Lewis issued a report finding that Appellant's financial status had

22   not changed since the time of his initial incarceration, and that Appellant therefore does not have the

23   present ability to repay the costs of his appeal.  Accordingly, Judge Lewis recommended that the Court

24   should not require Appellant to reimburse the CJA Fund.  The United States has not opposed Judge

25   Lewis's recommendation.  [Doc. No. 129.]

26   ///

27   ///

28   ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court hereby adopts Magistrate Judge Lewis's report and recommendation in full.

Accordingly, Appellant is not required to reimburse the CJA Fund for the cost of his appellate defense.

**IT IS SO ORDERED.**

**DATED:** 8/9/11

_____

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

2